# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEIL, JOHN HUBERT JR. | § | Case No. 05-35198 JPC |
| HEIL, ANGELYN C | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/02/2005 . The undersigned trustee was appointed on 09/02/2005 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                   $   57,191.73

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 72.86 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 57,118.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  01/20/2006  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,109.59 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,109.59 , for a total compensation of $ 6,109.59 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 149.40 , for total expenses of $ 149.40 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 11/07/2011                                   By:/s/RONALD R. PETERSON
                                                                    Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 05-35198    Judge: JACQUELINE P. COX    Trustee Name: RONALD R. PETERSON
Case Name: HEIL, JOHN HUBERT JR.    Date Filed (f) or Converted (c): 09/02/05 (f)
              HEIL, ANGELYN C    341(a) Meeting Date: 10/17/05
For Period Ending: 10/31/11    Claims Bar Date: 01/20/06

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash | 20.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 20.00 |
| 2. Harris Bank & Trust | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 3. Security deposit with landlord | 650.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 650.00 |
| 4. Misc. household goods & furnishings | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 5. Misc. books, CDs & pictures | 150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 150.00 |
| 6. Personal clothing | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 7. Tempico stock | 17,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 8. Inland Realty (interest) | 20,000.00 | Unknown | | 57,072.11 | Unknown | 0.00 | 0.00 |
| 9. 1993 Mercury Sable | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 10. 1992 Mercedes 400E | 5,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11. 1993 Mercedes 190 | 3,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 119.62 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $47,320.00 | $0.00 | | $57,191.73 | $0.00 | $0.00 | $2,320.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 05-35198 Judge: JACQUELINE P. COX | Trustee Name: RONALD R. PETERSON |
| Case Name: | HEIL, JOHN HUBERT JR. | Date Filed (f) or Converted (c): 09/02/05 (f) |
| | HEIL, ANGELYN C | 341(a) Meeting Date: 10/17/05 |
| | | Claims Bar Date: 01/20/06 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

November 26, 2010, 01:28 p.m. Working on selling stock in private company.

Initial Projected Date of Final Report (TFR): 12/31/06   Current Projected Date of Final Report (TFR): 04/30/12

_____ Date: _____

RONALD R. PETERSON

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-35198 -JPC | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | HEIL, JOHN HUBERT JR. | Bank Name: | BANK OF AMERICA, N.A. |
|  | HEIL, ANGELYN C | Account Number / CD #: | *******6890 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******4577 |  |  |
| For Period Ending: | 10/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/19/08 | 8 | IREIC Limited Partnership 201 Butterfield Road Oak Brook, Illinois 60523 | BALANCE FORWARD | 1129-000 | 51,575.69 |  | 51,575.69 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.44 |  | 51,578.13 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 10.57 |  | 51,588.70 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.55 |  | 51,595.25 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.35 |  | 51,601.60 |
| 07/30/08 | 8 | IREIC Limited Partnership 2901 Butterfield Road Oak Brook, Illiinois 60523 |  | 1129-000 | 5,496.42 |  | 57,098.02 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.56 |  | 57,104.58 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.16 |  | 57,111.74 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.03 |  | 57,118.77 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.54 |  | 57,124.31 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.68 |  | 57,128.99 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.09 |  | 57,132.08 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.97 |  | 57,133.05 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.88 |  | 57,133.93 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.97 |  | 57,134.90 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 |  | 57,137.25 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 |  | 57,139.67 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 |  | 57,142.02 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 |  | 57,144.45 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 |  | 57,146.88 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 |  | 57,149.23 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 |  | 57,151.65 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.36 |  | 57,154.01 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 |  | 57,156.44 |

Page Subtotals  57,156.44  0.00

Page: 2
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-35198 -JPC
Case Name: HEIL, JOHN HUBERT JR.
　　　　　　HEIL, ANGELYN C
Taxpayer ID No: ******4577
For Period Ending: 10/31/11

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6890 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 | | 57,158.86 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.19 | | 57,161.05 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 | | 57,163.48 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 | | 57,165.83 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 | | 57,168.25 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 | | 57,170.60 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 | | 57,173.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.44 | | 57,175.46 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 | | 57,177.81 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 | | 57,180.23 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.36 | | 57,182.59 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 | | 57,185.02 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.43 | | 57,187.45 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.44 | | 57,187.89 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,188.38 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 57,188.84 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 57,189.33 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 57,189.80 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 57,190.28 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,190.77 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 57,191.24 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 57,191.73 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 72.86 | 57,118.87 |

Page Subtotals    35.29    72.86

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 05-35198 -JPC | | Trustee Name: | RONALD R. PETERSON | | |
|---|---|---|---|---|---|---|
| Case Name: | HEIL, JOHN HUBERT JR. | | Bank Name: | BANK OF AMERICA, N.A. | | |
| | HEIL, ANGELYN C | | Account Number / CD #: | *******6890 Money Market Account (Interest Earn | | |
| Taxpayer ID No: | *******4577 | | | | | |
| For Period Ending: | 10/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 57,191.73 | 72.86 | 57,118.87 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 57,191.73 | 72.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,191.73 | 72.86 | |

| | | ACCOUNT |
|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | BALANCE |
| TOTAL - ALL ACCOUNTS | 57,191.73 | 72.86 | 57,118.87 |
| Money Market Account (Interest Earn - *******6890 | 57,191.73 | 72.86 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 03, 2011 |
|---|---|---|---|---|---|---|

Case Number:   05-35198
Debtor Name:   HEIL, JOHN HUBERT JR.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Target National Bank (f.k.a. Retailers National Ba<br>TARGET<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsecured | Filed 10/28/05 | $0.00 | $221.43 | $221.43 |
| 000002<br>070<br>7100-00 | MBNA America Bank NA<br>POB 15168 MS 1423<br>Wilmington, DE 19850 | Unsecured | Filed 11/14/05 | $0.00 | $26,849.10 | $26,849.10 |
| 000003<br>070<br>7100-00 | Frito Lay<br>c/o Peter S Grains<br>POB 3517<br>Barrington, IL 60010 | Unsecured | Filed 11/18/05 | $0.00 | $663.56 | $663.56 |
| 000004<br>070<br>7100-00 | US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | Unsecured | Filed 12/05/05 | $0.00 | $21,175.06 | $21,175.06 |
| 000005<br>070<br>7100-00 | Kohl&#039;s Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | Filed 12/07/05 | $0.00 | $145.16 | $145.16 |
| 000006<br>070<br>7100-00 | American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 12/27/05 | $0.00 | $170.94 | $170.94 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 12/27/05 | $0.00 | $8,393.15 | $8,393.15 |
| 000008<br>070<br>7100-00 | Discover Bank<br>DISCOVER FINANCIAL SERVICES<br>PO BOX 8003<br>HILLIARD, OH 43026 | Unsecured | Filed 12/27/05 | $0.00 | $9,988.57 | $9,988.57 |
| 000009<br>070<br>7100-00 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Filed 01/05/06 | $0.00 | $9,655.78 | $9,655.78 |
| 000010<br>070<br>7100-00 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Filed 01/05/06 | $0.00 | $8,670.79 | $8,670.79 |
| 000011<br>070<br>7100-00 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305 | Unsecured | Filed 01/05/06 | $0.00 | $18,102.12 | $18,102.12 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: November 03, 2011 |
|---|---|---|---|---|---|---|

Case Number:  05-35198  
Debtor Name:  HEIL, JOHN HUBERT JR.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | The Lakes, NV 88901-6305 | | | | | |
| 000012<br>070<br>7100-00 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | Filed 01/05/06 | $0.00 | $24,721.86 | $24,721.86 |
| 000013<br>070<br>7100-00 | Arrow Financial Services LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 01/06/06 | $0.00 | $3,472.91 | $3,472.91 |
| 000014<br>070<br>7100-00 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba SAM&#039S CLUB<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Unsecured | Filed 01/16/06 | $0.00 | $3,391.91 | $3,391.91 |
| 000015<br>070<br>7100-00 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING<br>CENTER<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | Unsecured | Filed 01/17/06 | $0.00 | $10,286.55 | $10,286.55 |
| 000016<br>080<br>7200-00 | eCAST Settlement Corporation<br>assignee of<br>Chase Manhattan Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | Filed 05/12/06 | $0.00 | $6,879.04 | $6,879.04 |
| 000017<br>080<br>7200-00 | eCAST Settlement Corporation<br>assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | Filed 01/12/07 | $0.00 | $7,151.80 | $7,151.80 |
| | Case Totals: | | | $0.00 | $159,939.73 | $159,939.73 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-35198 JPC
Case Name: HEIL, JOHN HUBERT JR.
          HEIL, ANGELYN C
Trustee Name: RONALD R. PETERSON

Balance on hand                                                $         57,118.87

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 6,109.59 | $ 0.00 | $ 6,109.59 |
| Trustee Expenses: RONALD R. PETERSON | $ 149.40 | $ 0.00 | $ 149.40 |

Total to be paid for chapter 7 administrative expenses          $          6,258.99
Remaining Balance                                               $         50,859.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,908.89  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  34.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Target National Bank (f.k.a. Retailers National Ba TARGET c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | $ 221.43 | $ 0.00 | $ 77.18 |
| 000002 | MBNA America Bank NA POB 15168 MS 1423 Wilmington, DE 19850 | $ 26,849.10 | $ 0.00 | $ 9,358.87 |
| 000003 | Frito Lay c/o Peter S Grains POB 3517 Barrington, IL 60010 | $ 663.56 | $ 0.00 | $ 231.30 |
| 000004 | US Bank 800 Nicollet Mall Minneapolis, MN 55402 | $ 21,175.06 | $ 0.00 | $ 7,381.05 |
| 000005 | Kohl&#039s Department Store c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | $ 145.16 | $ 0.00 | $ 50.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | American Express Travel Related Services Co., Inc. c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | $ 170.94 | $ 0.00 | $ 59.59 |
| 000007 | American Express Bank, FSB c/o Becket and Lee, LLP P.O. Box 3001 Malvern, PA 19355-0701 | $ 8,393.15 | $ 0.00 | $ 2,925.62 |
| 000008 | Discover Bank DISCOVER FINANCIAL SERVICES PO BOX 8003 HILLIARD, OH 43026 | $ 9,988.57 | $ 0.00 | $ 3,481.74 |
| 000009 | Citibank (South Dakota) NA Citibank/CHOICE Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | $ 9,655.78 | $ 0.00 | $ 3,365.74 |
| 000010 | Citibank (South Dakota) NA Citibank/CHOICE Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | $ 8,670.79 | $ 0.00 | $ 3,022.41 |
| 000011 | Citibank (South Dakota) NA Citibank/CHOICE Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | $ 18,102.12 | $ 0.00 | $ 6,309.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $   24,721.86 | $   0.00 | $   8,617.37 |
| 000013 | Arrow Financial Services LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $   3,472.91 | $   0.00 | $   1,210.56 |
| 000014 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM&#039S CLUB<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | $   3,391.91 | $   0.00 | $   1,182.33 |
| 000015 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | $   10,286.55 | $   0.00 | $   3,585.61 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $     50,859.88 |
| Remaining Balance | $     0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 14,030.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | eCAST Settlement Corporation assignee of Chase Manhattan Bank USA NA POB 35480 Newark NJ 07193-5480 | $ 6,879.04 | $ 0.00 | $ 0.00 |
| 000017 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | $ 7,151.80 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE