UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEIL, JOHN HUBERT JR. | § | Case No. 05-35198 JPC |
| HEIL, ANGELYN C | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  CLERK OF THE U.S. BANKRUPTCY COURT
                  KENNETH S. GARDNER
                  219 S. Dearborn St.
                  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/12/2012 in Courtroom 619,
                  UNITED STATES BANKRUPTCY COURT
                  219 S. Deaborn St.
                  Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/01/2011                  By: UNITED STATES BANKRUPTCY
                                                                       COURT
                                                                                                            Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEIL, JOHN HUBERT JR. | § | Case No. 05-35198 JPC |
| HEIL, ANGELYN C | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Target National Bank (f.k.a. Retailers National Ba TARGET c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | $ | $ | $ |
| 000002 | MBNA America Bank NA POB 15168 MS 1423 Wilmington, DE 19850 | $ | $ | $ |
| 000003 | Frito Lay c/o Peter S Grains POB 3517 Barrington, IL 60010 | $ | $ | $ |
| 000004 | US Bank 800 Nicollet Mall Minneapolis, MN 55402 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Kohl&#039;s Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | $ | $ | $ |
| 000006 | American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000007 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000008 | Discover Bank<br>DISCOVER FINANCIAL SERVICES<br>PO BOX 8003<br>HILLIARD, OH 43026 | $ | $ | $ |
| 000009 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ | $ | $ |
| 000010 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ | $ | $ |
| 000011 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ | $ | $ |
| 000013 | Arrow Financial Services LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000014 | Recovery Management Systems Corporation For GE Money Bank dba SAM&#039S CLUB<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | $ | $ | $ |
| 000015 | US DEPARTMENT OF EDUCATION DIRECT LOAN SERVICING CENTER<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

      Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | eCAST Settlement Corporation assignee of Chase Manhattan Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Ronald R. Peterson
                                        Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.