# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
HEIL, JOHN HUBERT JR.                 §    Case No. 05-35198 JPC
HEIL, ANGELYN C                       §
                                      §
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/12/2012 in Courtroom 619,

UNITED STATES BANKRUPTCY COURT
219 S. Deaborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/01/2011                By: UNITED STATES BANKRUPTCY
                                            COURT
                                                                  Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
HEIL, JOHN HUBERT JR.  §   Case No. 05-35198 JPC
HEIL, ANGELYN C  §
  §
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 57,191.73 |
| and approved disbursements of | $ | 72.86 |
| leaving a balance on hand of[1] | $ | 57,118.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 6,109.59 | $ 0.00 | $ 6,109.59 |
| Trustee Expenses: RONALD R. PETERSON | $ 149.40 | $ 0.00 | $ 149.40 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,258.99 |
| Remaining Balance | | $ | 50,859.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 145,908.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | Target National Bank (f.k.a. Retailers National Ba TARGET c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | $ 221.43 | $ 0.00 | $ 77.18 |
| 000002 | MBNA America Bank NA POB 15168 MS 1423 Wilmington, DE 19850 | $ 26,849.10 | $ 0.00 | $ 9,358.87 |
| 000003 | Frito Lay c/o Peter S Grains POB 3517 Barrington, IL 60010 | $ 663.56 | $ 0.00 | $ 231.30 |
| 000004 | US Bank 800 Nicollet Mall Minneapolis, MN 55402 | $ 21,175.06 | $ 0.00 | $ 7,381.05 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Kohl&#039s Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | $ 145.16 | $ 0.00 | $ 50.60 |
| 000006 | American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ 170.94 | $ 0.00 | $ 59.59 |
| 000007 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ 8,393.15 | $ 0.00 | $ 2,925.62 |
| 000008 | Discover Bank<br>DISCOVER FINANCIAL SERVICES<br>PO BOX 8003<br>HILLIARD, OH 43026 | $ 9,988.57 | $ 0.00 | $ 3,481.74 |
| 000009 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 9,655.78 | $ 0.00 | $ 3,365.74 |
| 000010 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 8,670.79 | $ 0.00 | $ 3,022.41 |
| 000011 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 18,102.12 | $ 0.00 | $ 6,309.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Citibank (South Dakota) NA<br>Citibank/CHOICE Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | $ 24,721.86 | $ 0.00 | $ 8,617.37 |
| 000013 | Arrow Financial Services LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | $ 3,472.91 | $ 0.00 | $ 1,210.56 |
| 000014 | Recovery Management Systems Corporation<br>For GE Money Bank dba SAM&#039S CLUB<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | $ 3,391.91 | $ 0.00 | $ 1,182.33 |
| 000015 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | $ 10,286.55 | $ 0.00 | $ 3,585.61 |

Total to be paid to timely general unsecured creditors     $     50,859.88

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 14,030.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | eCAST Settlement Corporation assignee of Chase Manhattan Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | $ 6,879.04 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | $ 7,151.80 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 05-35198-JPC
John Hubert Heil                                                        Chapter 7
Angelyn C Heil
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps                 Page 1 of 3                 Date Rcvd: Dec 02, 2011
                              Form ID: pdf006             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2011.
```
db/jdb     +John Hubert Heil, Jr.,    Angelyn C Heil,   200 N Arlington Heights Road, # 326,
             Arlington Heights, IL 60004-6049
9769108    +AT&T Universal Card,    c/o Allied Interstate,    3200 Northline Ave, #160,
             Greensboro, NC 27408-7613
9769104    +Academy Collection Services,    10965 Decatur Road,    Philadelphia, PA 19154-3210
9769105     American Express,   c/o Becket and Lee  LLP,    POB 3001,   malvern, PA 19355-0701
10546823    American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,   Malvern, PA 19355-0701
10546822    American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,   P.O. Box 3001,
             Malvern, PA 19355-0701
10554615    Arrow Financial Services LLC,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
9769107    +Associated Bank,   399 Park Avenue,    New York, NY 10022-4614
9769109    +Athens Clakre Co,   PO Box 1948,    Athens, GA 30603-1948
9769110    +Athens Downtown Parking,    c/o Athens Clark Co,    PO Box 1295,   Athens, GA 30603-1295
9769111     Athens Sign Company,    2011 Malcom Bridge Rd,    Bogart, GA 30622
9769112    +Athens Weekly News,    191 E Broad Street, Ste 219,    Athens, GA 30601-2848
9769113     BankOne,   1 Bankone Plaza,    Chicago, IL 60690
9769114    +Bell South,   85 Annex,    Atlanta, GA 30385-0002
9769115    +Big City Bread,   393 N Finley St,    Athens, GA 30601-2482
9769116    +Blue Sky Baking,   130-A Ware Street,    Athens, GA 30601-2651
9769117    +Capital One,   c/o Arrow Financial,    5996 W Touhy Ave,    Niles, IL 60714-4610
9769118    +Charter Communications,    c/o Credit Protection Assn LP,    13355 Noel Road,
             Dallas, TX 75240-6602
9769119    +Cingular Wireless,    c/o NCO Financial Systems,    507 Prudential Road,   Horsham, PA 19044-2308
9769120    +CitiBank,   399 Park Avenue,    New York, NY 10022-4699
9769121    +City Platinum Select,    111 Sylvan Avenue,    Englewood Cliffs, NJ 07632-1514
9769122    +Clark County Tax Commision,    PO Box 1768,    Athens, GA 30603-1768
9769123    +Clark County Tax Commission,    PO Box 1768,    Athens, GA 30603-1768
9769124    +CocaCola Enterprises Bottling Comp,    521 Lake Kathy Drive,    Brandon, FL 33510-3945
9769125    +Cook County States Department,    Bad Check Restitution Program,    PO Box A3984,
             Chicago, IL 60690-3984
9769126    +Department of Revenue,    Internal Revenue Service,    PO Box 660264,   Dallas, TX 75266-0264
9769128    +Dr. Micheael Shapiro, MD,    75 Market Street, #14,    Elgin, IL 60123-5021
9769129    +Expert Satellite,    Glenn Association Inc,    6 Pleasant Street, Ste. 417,   Malden, MA 02148-5108
9769130    +Frito Lay,   c/o Peter S Grains,    POB 3517,    Barrington, IL 60011-3517
9769131    +GA Department of Labor,    PO Box 740234,    Atlanta, GA 30374-0234
9769134    +Georgia Power,   c/o Notte & Krelying PC,    11770 Haynes Bridge Rd,    Alpharetta, GA 30009-1966
9769135    +Haris Bank,   111 W Monroe Street,    Chicago, IL 60603-4095
9769137    +Home Depot,   Processing Center,    Des Moines, IA 50364-0001
9769138    +Household Bank,   c/o National Asset Recovery,    2880 Dresden Drive, Ste 200,
             Atlanta, GA 30341-3920
9769139     Howard Scott,   2595 Athens Hwy,    Athens, GA 30606
9769140    +Jack Heil,   15 Long Island Road,    Savannah, GA 31411-3043
9769141    +Jewls Osco,   c/o TRS Recovery Service,    PO Box 17170,    Denver, CO 80217-0170
9769144   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO Financial Systems,    PO Box 41457,   Philadelphia, PA 19101)
9769145    +Nextel,   c/o Diversified Consultants,    PO Box 551268,    Jacksonville, FL 32255-1268
9769146     Northwest Community Hospital,    800 N Central Road,    Arlington Heights, IL 60005
9769148    +Suntrust,   c/o NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2308
9769149    +Target National Bank,    PO Box 1581,   Minneapolis, MN 55440-1581
10443209   +Target National Bank (f.k.a. Retailers National Ba,    TARGET,   c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9769150    +Tom Heil,   159 S Dearborn Circle,    Aurora, CO 80012-1524
9769152   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    800 Nicollet Mall,    Minneapolis, MN 55402)
10499277   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 5229,    Cincinnati, Ohio 45201)
10563707    US DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    PO BOX 5609,
             GREENVILLE, TX 75403-5609
9769153    +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
9769151    +Unversity Directories,    88 Vilcom Center,   Chapel Hill, NC 27514-1660
9769154    +Wall-Mart Stores Inc.,    c/o Freidman & Wexler, LLC,    500 W Madison Street, Ste. 2910,
             Chicago, IL 60661-4571
9769155    +Willians & Guined, PC,    394 Millage Ave., Ste 210,    Athens, GA 30605-7206
9769156    +Woman's Care PC,   363 W Northwest Highway,    Palatine, IL 60067-2414
11105372    eCAST Settlement Corporation assignee of,    Chase Bank USA NA,   POB 35480,
             Newark NJ 07193-5480
10732821    eCAST Settlement Corporation assignee of,    Chase Manhattan Bank USA NA,   POB 35480,
             Newark NJ 07193-5480
```

```
District/off: 0752-1           User: wepps              Page 2 of 3             Date Rcvd: Dec 02, 2011
                               Form ID: pdf006          Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9769106       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 03 2011 01:57:38      Armor Systems Corp,
               2322 N Green Bay Road,    Waukegan, IL 60087-4209
12407665      +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2011 04:20:36      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10547239       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2011 04:17:23      Discover Bank,
               DISCOVER FINANCIAL SERVICES,    PO BOX 8003,    HILLIARD, OH 43026
9769127        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2011 04:17:23      Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130
9769133        E-mail/Text: brnotices@dor.ga.gov Dec 03 2011 01:58:12      GA Department of Revenue,
               PO Box 740387,    Atlanta, GA 30374
9769136       +E-mail/Text: jhoevel@hoevellaw.com Dec 03 2011 01:58:03      Hoevel & Associates, PC,
               3725 N Western Avenue,    Chicago, IL 60618-4705
10501664      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 03 2011 04:20:07      Kohl’s Department Store,
               P O Box 740933,    Dallas, TX 75374-0933
10501666      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 03 2011 04:20:07      Kohl’s Department Store,
               c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
9769142       +E-mail/PDF: cr-bankruptcy@kohls.com Dec 03 2011 04:20:07      Kohls,   PO Box 2983,
               Milwaukee, WI 53201-2983
12390806       E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2011 04:20:35
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10562540      +E-mail/PDF: rmscedi@recoverycorp.com Dec 03 2011 04:20:36
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM’S CLUB,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
9769147       +E-mail/PDF: gecsedi@recoverycorp.com Dec 03 2011 04:20:33      Sam’s Club,   PO Box 530993,
               Atlanta, GA 30353-0993
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9769132        GA Department of Revenue,   Sales & Use Tax Division,   PO Box 105296
10553500      ##Citibank (South Dakota) NA,    Citibank/CHOICE,   Exception Payment Processing,    P O Box 6305,
               The Lakes, NV 88901-6305
9769143       ##+MBNA America Bank NA,   POB 15168 MS  1423,   Wilmington, DE 19850-5168
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2011**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: wepps                Page 3 of 3                  Date Rcvd: Dec 02, 2011
                               Form ID: pdf006            Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2011 at the address(es) listed below:
              John J Lynch    on behalf of Debtor John Heil jjlynch@jjlynchlaw.com,
               rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 3