UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| HEIL, JOHN HUBERT JR. § | Case No. 05-35198 JPC |
| HEIL, ANGELYN C § | |
| § | |
| Debtor(s) § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/RONALD R. PETERSON_____
                                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R. PETERSON | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000013 | ARROW FINANCIAL SERVICES LLC | | | | | |
| 000009 | CITIBANK (SOUTH DAKOTA) NA | | | | | |
| 000010 | CITIBANK (SOUTH DAKOTA) NA | | | | | |
| 000011 | CITIBANK (SOUTH DAKOTA) NA | | | | | |
| 000012 | CITIBANK (SOUTH DAKOTA) NA | | | | | |
| 000008 | DISCOVER BANK | | | | | |
| 000003 | FRITO LAY | | | | | |
| 000005 | KOHL"S DEPARTMENT STORE | | | | | |
| 000002 | MBNA AMERICA BANK NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000001 | TARGET NATIONAL BANK (F.K.A. RETAIL | | | | | |
| 000004 | US BANK | | | | | |
| 000015 | US DEPARTMENT OF EDUCATION | | | | | |
| 000016 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000017 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
|  | US DEPARTMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-35198 | Judge: JACQUELINE P. COX | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HEIL, JOHN HUBERT JR. | | | Date Filed (f) or Converted (c): | 09/02/05 (f) |
| | HEIL, ANGELYN C | | | 341(a) Meeting Date: | 10/17/05 |
| For Period Ending: | 10/22/12 | | | Claims Bar Date: | 01/20/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Cash | 20.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 20.00 |
| 2. Harris Bank & Trust | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 3. Security deposit with landlord | 650.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 650.00 |
| 4. Misc. household goods & furnishings | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 5. Misc. books, CDs & pictures | 150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 150.00 |
| 6. Personal clothing | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 7. Tempico stock | 17,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 8. Inland Realty (interest) | 20,000.00 | Unknown | | 57,072.11 | Unknown | 0.00 | 0.00 |
| 9. 1993 Mercury Sable | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 10. 1992 Mercedes 400E | 5,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11. 1993 Mercedes 190 | 3,000.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 120.95 | Unknown | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $47,320.00 | $0.00 | | $57,193.06 | $0.00 | $0.00 | $2,320.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 05-35198        Judge: JACQUELINE P. COX | Trustee Name: RONALD R. PETERSON |
| Case Name: HEIL, JOHN HUBERT JR. | Date Filed (f) or Converted (c): 09/02/05 (f) |
| HEIL, ANGELYN C | 341(a) Meeting Date: 10/17/05 |
| | Claims Bar Date: 01/20/06 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report filed 12/1/11; final hearing 1/12/12.  Distribution - 1/25/12.


Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 12/31/06


_____   Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-35198 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | HEIL, JOHN HUBERT JR. | Bank Name: | BANK OF AMERICA, N.A. |
| | HEIL, ANGELYN C | Account Number / CD #: | *******6890 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4577 | | |
| For Period Ending: | 10/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/08 | 8 | IREIC Limied Partnership<br>201 Butterfield Road<br>Oak Brook, Illinois 60523 | | 1129-000 | 51,575.69 | | 51,575.69 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.44 | | 51,578.13 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 10.57 | | 51,588.70 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.55 | | 51,595.25 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.35 | | 51,601.60 |
| 07/30/08 | 8 | IREIC Limited Partnership<br>2901 Butterfield Road<br>Oak Brook, Illiinois 60523 | | 1129-000 | 5,496.42 | | 57,098.02 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.56 | | 57,104.58 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.16 | | 57,111.74 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.03 | | 57,118.77 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.54 | | 57,124.31 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.68 | | 57,128.99 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.09 | | 57,132.08 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.97 | | 57,133.05 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.88 | | 57,133.93 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.97 | | 57,134.90 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 | | 57,137.25 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 | | 57,139.67 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 | | 57,142.02 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 | | 57,144.45 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 | | 57,146.88 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 | | 57,149.23 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.42 | | 57,151.65 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.36 | | 57,154.01 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.43 | | 57,156.44 |

Page Subtotals  57,156.44  0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-35198 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | HEIL, JOHN HUBERT JR. | Bank Name: | BANK OF AMERICA, N.A. |
| | HEIL, ANGELYN C | Account Number / CD #: | *******6890  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4577 | | |
| For Period Ending: | 10/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.42 | | 57,158.86 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.19 | | 57,161.05 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.43 | | 57,163.48 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.35 | | 57,165.83 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.42 | | 57,168.25 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.35 | | 57,170.60 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.42 | | 57,173.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.44 | | 57,175.46 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.35 | | 57,177.81 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.42 | | 57,180.23 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.36 | | 57,182.59 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.43 | | 57,185.02 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.43 | | 57,187.45 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 57,187.89 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 57,188.38 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 57,188.84 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 57,189.33 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 57,189.80 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 57,190.28 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 57,190.77 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 57,191.24 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 57,191.73 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 72.86 | 57,118.87 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 57,119.34 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 57,119.82 |
| 01/25/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 57,120.20 |
| 01/25/12 | | Transfer to Acct #*******9661 | Final Posting Transfer | 9999-000 | | 57,120.20 | 0.00 |

Page Subtotals          36.62     57,193.06

Ver: 17.00b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-35198 -JPC |
| Case Name: | HEIL, JOHN HUBERT JR. |
| | HEIL, ANGELYN C |
| Taxpayer ID No: | *******4577 |
| For Period Ending: | 10/22/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6890  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 57,193.06 | 57,193.06 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 57,120.20 | |
| | | | Subtotal | | 57,193.06 | 72.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 57,193.06 | 72.86 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-35198 -JPC | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HEIL, JOHN HUBERT JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | HEIL, ANGELYN C | | Account Number / CD #: | *******9661 BofA - Checking Account |
| Taxpayer ID No: | *******4577 | | | |
| For Period Ending: | 10/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6890 | Transfer In From MMA Account | 9999-000 | 57,120.20 | | 57,120.20 |
| 01/25/12 | 003001 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North Clark Streert<br>Chciago,Ill 60654 | Trustee's Fees | 2100-000 | | 6,109.65 | 51,010.55 |
| 01/25/12 | 003002 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654 | Trustee Expenses | 2200-000 | | 149.40 | 50,861.15 |
| 01/25/12 | 003003 | Target National Bank<br>(f.k.a. Retailers National Ba<br>TARGET<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Final distribution | 7100-000 | | 77.19 | 50,783.96 |
| 01/25/12 | 003004 | MBNA America Bank NA<br>POB 15168 MS 1423<br>Wilmington, DE 19850 | Final distribution | 7100-000 | | 9,359.10 | 41,424.86 |
| 01/25/12 | 003005 | Frito Lay<br>c/o Peter S Grains<br>POB 3517<br>Barrington, IL 60010 | Final distribution | 7100-000 | | 231.30 | 41,193.56 |
| 01/25/12 | 003006 | US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | Final distribution | 7100-000 | | 7,381.24 | 33,812.32 |
| 01/25/12 | 003007 | Kohl&#039s Department Store<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Final distribution | 7100-000 | | 50.60 | 33,761.72 |
| | | | Page Subtotals | | 57,120.20 | 23,358.48 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-35198 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | HEIL, JOHN HUBERT JR. | | Bank Name: | BANK OF AMERICA, N.A. |
| | HEIL, ANGELYN C | | Account Number / CD #: | *******9661  BofA - Checking Account |
| Taxpayer ID No: | *******4577 | | | |
| For Period Ending: | 10/22/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | 003008 | American Express<br>Travel Related Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 59.59 | 33,702.13 |
| 01/25/12 | 003009 | American Express Bank, FSB<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 2,925.70 | 30,776.43 |
| 01/25/12 | 003010 | Discover Bank<br>DISCOVER FINANCIAL SERVICES<br>PO BOX 8003<br>HILLIARD, OH 43026 | Final distribution | 7100-000 | | 3,481.83 | 27,294.60 |
| 01/25/12 | 003011 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Final distribution | 7100-000 | | 3,365.83 | 23,928.77 |
| 01/25/12 | 003012 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Final distribution | 7100-000 | | 3,022.47 | 20,906.30 |
| 01/25/12 | 003013 | Citibank (South Dakota) NA<br>Citibank/CHOICE<br>Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305 | Final distribution | 7100-000 | | 6,310.07 | 14,596.23 |
| 01/25/12 | 003014 | Citibank (South Dakota) NA<br>Citibank/CHOICE | Final distribution | 7100-000 | | 8,617.58 | 5,978.65 |

Page Subtotals          0.00          27,783.07

Ver: 17.00b

FORM 2 Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-35198 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | HEIL, JOHN HUBERT JR. | Bank Name: | BANK OF AMERICA, N.A. |
| | HEIL, ANGELYN C | Account Number / CD #: | *******9661 BofA - Checking Account |
| Taxpayer ID No: | *******4577 | | |
| For Period Ending: | 10/22/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | 003015 | Exception Payment Processing<br>P O Box 6305<br>The Lakes, NV 88901-6305<br>Arrow Financial Services LLC | Final distribution | 7100-000 | | 1,210.59 | 4,768.06 |
| 01/25/12 | 003016 | c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM&#039S CLUB<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Final distribution | 7100-000 | | 1,182.36 | 3,585.70 |
| 01/25/12 | 003017 | US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609 | Final distribution | | | 3,585.70 | 0.00 |
| | | | Claim 3,585.00 | 7100-000 | | | |
| | | | Interest 0.70 | 7990-000 | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 57,120.20 | 57,120.20 | 0.00 |
| Less: Bank Transfers/CD's | 57,120.20 | 0.00 | |
| Subtotal | 0.00 | 57,120.20 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 57,120.20 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6890 | 57,193.06 | 72.86 | 0.00 |
| BofA - Checking Account - ********9661 | 0.00 | 57,120.20 | 0.00 |
| | 57,193.06 | 57,193.06 | 0.00 |

Page Subtotals 0.00 5,978.65

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-35198 -JPC |
| Case Name: | HEIL, JOHN HUBERT JR. |
| | HEIL, ANGELYN C |
| Taxpayer ID No: | *******4577 |
| For Period Ending: | 10/22/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9661 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*